THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW MANNINA, Appellant. [933 NYS2d 570]—

The defendant's contention that the County Court improperly sentenced him upon his violation of a condition of his probation

without ordering an updated presentence report is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gambichler*, 25 AD3d 722, 723 [2006]) and, in any event, without merit (*see People v Kuey*, 83 NY2d 278, 282 [1994]; *cf. People v Pons*, 134 AD2d 378, 378-379 [1987]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Angiolillo, Belen, Lott and Roman, JJ., concur.